1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Tele:  510-523-4702

4  Attorney for the Plaintiff
   United States of America

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    )
                                                )
12                        Plaintiff,            )   Case No. CV 08 2080 SLM
                                                )
13          vs.                                 )
                                                )
14                                              )   DISMISSAL WITH PREJUDICE
   LOIS BROWN aka LOIS M. BROWN                 )
15 aka LOIS MARIE BROWN,                        )
                                                )   Rule 41(a) FRCP
16                                              )
                         Defendant.             )
17                                              )
   _____       )
18

19       TO THE CLERK OF THE ABOVE ENTITLED COURT:

20     The claim herein having been compromised, you are hereby authorized and directed

21 to enter herein a Dismissal With Prejudice.

22

23 Dated: August 20, 2008

24                                     /s/_____
                                       By:  MICHAEL COSENTINO
25                                     Attorney for the Plaintiff
                                       United States of America
26

27

28